IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

TIMOTHY L. HOELLER,

    Plaintiff,

v.                                 Case No. 15-C-1088

JOHN BARRETT, Clerk of Milwaukee
County Circuit Court, KATHLEEN A.
MADDEN, Clerk of Waukesha County
Circuit Court, and DIANE M. FREMGEN,
Clerk of Wisconsin Court of Appeals,

    Defendants.

---

## DEFENDANT DIANE FREMGEN'S MOTION TO DISMISS

---

Defendant Diane M. Fremgen, by Wisconsin Attorney General Brad D. Schimel and Assistant Attorney General David C. Rice, moves the court to enter judgment dismissing this action against her on the grounds of Eleventh Amendment immunity, quasi-judicial immunity, qualified immunity, the *Rooker-Feldman* doctrine or abstention, and failure to state a claim upon which relief can be granted.

Dated at Madison, Wisconsin, this 11th day of September, 2015.

    Respectfully submitted,

    BRAD D. SCHIMEL
    Attorney General

    S/DAVID C. RICE
    Assistant Attorney General
    State Bar #1014323

    Attorneys for Defendant Diane M. Fremgen

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-6823
(608) 267-8906 (Fax)
ricedc@doj.state.wi.us

- 2 -
Case 2:15-cv-01088-RTR   Filed 09/11/15   Page 2 of 2   Document 7