Sept. 15, 2015

To Clerk of Federal Court (Milwaukee)

I am aware that on Sept. 11, 2015 the State of Wisconsin filed an appearance and Motion to Dismiss Case No. 15c1088. Please let me know the expected time frame for a response to that motion.

Tim Boller
P.O. Box 240722
Mlw, WI 53224

2015 SEP 15 P 2:32
JON W. SANFILIPPO
CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

Case 2:15-cv-01088-RTR   Filed 09/15/15   Page 1 of 1   Document 12