UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**TIMOTHY L. HOELLER,**

        Plaintiff,

        -vs-                          Case No. 15-C-1088

**JOHN BARRETT, Clerk of
Milwaukee County Circuit Court,
KATHLEEN A. MADDEN, Clerk of
Waukesha County Circuit Court, and
DIANE M. FREMGEN, Clerk of Wisconsin
Court of Appeals,**

        Defendants.

---

## DECISION AND ORDER

---

Timothy Hoeller, dissatisfied with the outcome of civil litigation in state court, filed a complaint "seeking an injunction to address a denial of Plaintiff's rights of continuation of litigation …" This action is barred by the *Rooker-Feldman* doctrine. *Exxon Mobil Corp. v. Saudi Basic Indus. Corp.*, 544 U.S. 280, 292 (2005) (explaining that *Rooker-Feldman* "recognizes that 28 U.S.C. § 1331 is a grant of original jurisdiction, and does not authorize district courts to exercise appellate jurisdiction over state-court judgments, …").

Hoeller's motion for leave to proceed *in forma pauperis* [ECF No. 2] is **GRANTED**; defendant Diane Fremgen's motion to dismiss [ECF No. 7]

is **GRANTED**; and this matter is **DISMISSED** for lack of subject matter jurisdiction.

Dated at Milwaukee, Wisconsin, this 9th day of October, 2015.

**SO ORDERED:**

**HON. RUDOLPH T. RANDA**
**U.S. District Judge**